IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH
LITIGATION

MDL DOCKET NO. 2800
1:17md2800-TWT

ALL CASES

I certify that today, December 11, 2017 that I personally e-mail to all counsel on the attached list Case Management Order No. 1.


/s/Sheila Sewell
Courtroom Deputy Clerk for
Judge Thomas W. Thrash
United States District Court

| | | | |
|---|---|---|---|
| Jeremy E Abay | jabay@sackslaw.com | 215-764-3008 | |
| Shpetim Ademi | sademi@ademilaw.com | 414-482-8000 | |
| Teresa Denise Allen | tallen@scalaw.com | 510-891-9800 | |
| Naumon A Amjed | namjed@ktmc.com | 610-667-7706 | |
| Eric J. Artrip | artrip@mastandoartrip.com | 256-532-2222 | |
| Adrian Robert Bacon | abacon@toddflaw.com | 877-206-4741 | |
| David Andrew Bain | dbain@bain-law.com | 404-724-9990 | |
| Ethan J Barlieb | ebarlieb@ktmc.com | 610-667-7706 | |
| Roy E Barnes | Roy@barneslawgroup.com | 770-227-6375 | |
| Ben Barnow | b.barnow@barnowlaw.com | 312-621-2000 | |
| Stephen R Basser | sbasser@barrack.com | 619-230-0800 | |
| Justin M Baxter | justin@baxterlaw.com | 503-297-9031 | |
| Jerusalem F Beligan | jbeligan@bisnarchase.com | 949-752-2999 | |
| Tyler Jay Belong | tbelong@hoguebelonglaw.com | 619-238-4720 | |
| Corey Benjamin Bennett | cbennett@scalaw.com | 510-891-9800 | |
| David Michael Berger | davidberger@classlawgroup.com | 510-350-9700 | |
| John Raymond Bevis | Bevis@barneslawgroup.com | 770-227-6375 | |
| Thomas Adam Biscup | tom@zebrowskilaw.com | 586-566-7266 | |
| Francois M Blaudeau | francois@southernmedlaw.com | 205-547-5525 | |
| Timothy G Blood | tblood@bholaw.com | 619-338-1100 | |
| Aaron Blumenthal | ab@classlawgroup.com | 510-350-9700 | |
| John D Blythin | jblythin@ademilaw.com | 414-482-8000 | |
| Michael C Bradley | pdh-efiling@pittmandutton.com | 205-322-8880 | |
| Darryl Bressack | dbressack@finkandassociateslaw.com | 248-971-2500 | |
| Jason R Bristol | jbristol@crklaw.com | 216-815-9500 | |
| Mitchell L Burgess | mitch@burgesslawkc.com | 816-471-1700 | |
| Megan Elizabeth Burns | mburns@wmwlawfirm.com | 410-825-5287 | |
| Kendall Johan Burr | kendall.burr@emhllp.com | 713-337-5580 | |
| Thomas H Burt | | 212-545-4600 | Wolf Halde |
| Robert Edward Caldwell | rcaldwell@sawayalaw.com | 303-839-1650 | |
| Kenneth S Canfield | kcanfield@dsckd.com | 404-881-8900 | |
| Brian Caplan | bcaplan@sawayalaw.com | 303-839-1650 | |
| Gretchen Freeman Cappio | gcappio@kellerrohrback.com | 206-623-1900 | |
| Nicholas A Carlin | nac@phillaw.com | 415-398-0900 | |
| Edward D Chapin | echapin2@sanfordheisler.com | 619-577-4253 | |
| Brian D Chase | bchase@bisnarchase.com | 949-752-2999 | |
| Steven A Christensen | stevenchristen@gmail.com | 801-676-6447 | |
| Pat A Cipollone | pcipollone@steinmitchell.com | 202-737-7777 | |
| Miles N Clark | miles.clark@knepperclark.com | 702-825-6060 | |
| Robert A Clifford | rac@cliffordlaw.com | 312-899-9090 | |
| Jamie Patrick Clouser | jamie@clouseresq.com | 347-871-6702 | |
| Joshua R Cohen | jcohen@crklaw.com | 216-781-7956 | |
| Scott Edward Cole | scole@scalaw.com | 510-891-9800 | |
| Andrew Joseph Coomes | ajc@mcconnellsneed.com | 404-220-9994 | |
| Davis Cooper | | 202-220-9600 | Cooper & K |
| Breanne V Cope | bcope@motleyrice.com | 843-216-9000 | |
| Joseph W Cotchett | jcotchett@cpmlegal.com | 650-697-6000 | |

| | | | |
|---|---|---|---|
| Joshua E D'Ancona | jdancona@ktmc.com | 610-667-7706 | |
| Marc Edward Dann | notices@dannlaw.com | 216-373-0539 | |
| Alex C Davis | alex@jonesward.com | 502-882-6000 | |
| Leonard A Davis | | 404-880-9500 | Herman Ge |
| Jerry Desiderato | jdesiderato@dilworthlaw.com | 215-575-7290 | |
| Torin Aaron Dorros | tdorros@dorroslaw.com | 310-997-2050 | |
| Erik Dos Santos | edossantos@hoguebelonglaw.com | 619-238-4720 | |
| Scott A Edelsberg | edelsberg@kolawyers.com | 305-529-8858 | |
| Mark A Eldridge | meldridge@ademilaw.com | 414-482-8000 | |
| John G Emerson | jemerson@emersonfirm.com | 281-488-8854 | |
| Melissa Robin Emert | memert@ssbny.com | 212-687-7230 | |
| James Evangelista | jim@ewlawllc.com | 404-205-8400 | |
| Richard Victor Falcon | richard.falcon@murphyfalcon.com | 410-951-8744 | |
| Gus Michael Farinella | gmf@lawgmf.com | 212-675-6161 | |
| Gordon M Fauth Jr | gmf@classlitigation.com | 510-238-9610 | |
| William Bernard Federman | wbf@federmanlaw.com | 405-235-1560 | |
| Daniel Ferri | dferri@dlcfirm.com | 312-214-7900 | |
| David H Fink | dfink@finkandassociateslaw.com | 248-971-2500 | |
| Nathan J Fink | nfink@finkandassociateslaw.com | 248-971-2500 | |
| Jack Fitzgerald | jack@jackfitzgeraldlaw.com | 619-692-3840 | |
| Catherine Jura Fleming | Catherine@Stritmatter.com | 206-826-8232 | |
| Brian D Flick | bflick@dannlaw.com | 216-373-0539 | |
| Trevor Flynn | trevor @jackfitzgeraldlaw.com | 619-692-3840 | |
| Philip Lawrence Fraietta | pfraietta@bursor.com | 646-837-7150 | |
| Andrew N Friedman | afriedman@cohenmilstein.com | 202-408-4600 | |
| Todd M Friedman | tfriedman@toddflaw.com | 888-595-9111 | |
| Michael R Fuller | Michael@UnderdogLawyer.com | 503-201-4570 | |
| Tanisha M Gates | tgates@dorseygates.com | 662-247-2449 | |
| Paul J Geller | pgeller@rgrdlaw.com | 561-750-3000 | |
| Joseph Gentile | joseph@sarrafgentile.com | 516-699-8890 | |
| Ryan L Gentile | rlg@lawgmf.com | 212-675-6161 | |
| James A Gianola | jgianola@gbwlaw.net | 304-291-6300 | |
| John Fulton Gianola | john.gianola@gbbjlaw.com | 304-291-6300 | |
| Troy Nino Alexander Giatras | troy@thewvlawfirm.com | 304-343-2900 | |
| Eric Gibbs | ehg@classlawgroup.com | 510-350-9700 | |
| Gwendolyn R Giblin | ggiblin@cpmlegal.com | 650-697-6000 | |
| Robert C Gilbert | gilbert@kolawyers.com | 305-529-8858 | |
| Robert B. Gilmore | rgilmore@steinmitchell.com | 202-737-7777 | |
| David M Given | dmg@phillaw.com | 415-398-0900 | |
| Lionel Zevi Glancy | lglancy@glancylaw.com | 310-201-9150 | |
| Marisa Kendra Glassman | Mglassman@forthepeople.com | 813-318-5169 | |
| Marc Godino | mgodino@glancylaw.com | 310-201-9150 | |
| Jeffrey Goldenberg | | 513-345-8291 | Goldenberg |
| Amir J Goldstein | AJG@consumercounselgroup.com | 212-966-5253 | |
| Steven P. Gregory | | 205-314-4874 | Gregory Law |
| R Dean Gresham | dean@stecklerlaw.com | 972-387-4040 | |
| George Haines | ghaines@hainesandkrieger.com | 702-880-5554 | |

| | | | |
|---|---|---|---|
| Nickolas J Hagman | nick@attorneyzim.com | 312-440-0020 | |
| Sally M Handmaker | shandmaker@cohenmilstein.com | 202-408-4600 | |
| Kevin Scott Hannon | khannon@hannonlaw.com | 303-861-8800 | |
| Jeffrey R Harris | jeff@hlmlawfirm.com | 404-961-7650 | |
| R Dean Hartley | dhartley@hartleylawgrp.com | 304-233-0777 | |
| Lisa Heller | lheller@robbinsfirm.com | 678-701-9381 | |
| Christopher T Hellums | chrish@pittmandutton.com | 205-322-8880 | |
| Craig Hemphill | craig.ckhlegal@outlook.com | 713-240-6300 | |
| Steven Alan Herman | | 404-926-3648 | Dennis Corr |
| M Stan Herring | stan@wattsherring.com | 205-714-4443 | |
| Theodore M Hess-Mahan | thess-mahan@hutchingsbarsamian.com | 781-431-2231 | |
| Thomas Francis Hetherington | tom.hetherington@emhllp.com | 713-337-5583 | |
| Andrea Solomon Hirsch | ahirsch@hermangerel.com | 404-880-9500 | |
| Jeffrey L Hogue | jhogue@hoguebelonglaw.com | 619-238-4720 | |
| Nathan W Hopkins | nhopkins@wmwlawfirm.com | 410-825-5287 | |
| Hovsep Hovsepyan | hhovsepyan@kaass.com | 310-943-1171 | |
| Tammy Gruder Hussin | tammy@hussinlaw.com | 877-677-5397 | |
| Odeh John Issis | odeh@southernmedlaw.com | 205-547-5527 | |
| Christian A Jenkins | | 513-723-1620 | Minnilo & J |
| Benjamin Johns | | 610-642-8500 | Chimicles & |
| Arnold Melvin Johnson | amj.0169@yahoo.com | 213-250-9577 | |
| Jess Brandel Johnson | jess@pagepate.com | 404-223-3310 | |
| Kelly D Jones | kellydonovanjones@gmail.com | 503-847-4329 | |
| Brian S Kabateck | bsk@kbklawyers.com | 213-217-5000 | |
| Ray W Kahler | ray@stritmatter.com | 360-533-2710 | |
| Correy A Kamin | | 212-545-4600 | Wolf Halde |
| Avi R Kaufman | kaufman@kolawyers.com | 305-529-8858 | |
| Amy E. Keller | akeller@dlcfim.com | 312-214-7900 | |
| Armen Kiramijyan | akiramijyan@kaass.com | 310-943-1171 | |
| Michael J Klein | mklein@ssbny.com | 212-687-7230 | |
| Matthew Knepper | matthew.knepper@knepperclark.com | 702-825-6060 | |
| Ellen M Kramer | emk@crklaw.com | 216-781-7956 | |
| Joseph N Kravec | jkravec@fdpklaw.com | 412-281-8400 | |
| David H Krieger | dkrieger@hainesandkrieger.com | 702-880-5554 | |
| Orin Kurtz | okurtz@gardylaw.com | 212-905-0509 | |
| Benjamin Lajoie | blajoie@baileyglasser.com | 617-439-6730 | |
| Meredith Lambert | mlambert@ktmc.com | 610-667-7706 | |
| Cari Campen Laufenberg | claufenberg@kellerrohrback.com | 206-623-1900 | |
| James B. LeBow | firm@murphyslawpllc.com | 281-475-2022 | |
| G Franklin Lemond Jr | flemond@webbllc.com | 770-444-9594 | |
| Arnold Levin | alevin@lfsblaw.com | 215-592-1500 | |
| Daniel C Levin | | 215-592-1500 | Levin Sedra |
| Irwin B Levin | ilevin@cohenandmalad.com | 317-636-6481 | |
| Adam J Levitt | alevitt@dlcfirm.com | 312-214-7900 | |
| Richard Lewis | | 202-540-7200 | Hausfeld, L |
| Wyatt A Lison | wlison@fdpklaw.com | 412-281-8400 | |
| Derek W Loeser | dloeser@kellerrohrback.com | 206-623-1900 | |

| | | | |
|---|---|---|---|
| Howard Theodore Longman | hlongman@ssbny.com | 212-687-7230 | |
| Stephen G Lowry | steve@hpllegal.com | 404-961-7650 | |
| Thomas J Lyons | tlyons@lyonslawfirm.com | 651-770-9707 | |
| Thomas J Lyons Jr | tommy@consumerjusticecenter.com | 651-770-9707 | |
| Jennifer MacPherson | jmacpherson@bholaw.com | 619-338-1100 | |
| David J Maher | david@gspclaw.com | 404-584-9777 | |
| Kristopher A Mallahan | kmallahan@wmwlawfirm.com | 410-825-5287 | |
| Carl V Malmstrom | | 312-984-0000 | Wolf Halde |
| Jonathan S Mann | jonm@pittmandutton.com | 205-322-8880 | |
| Danielle Leigh Manning | dmanning@glancylaw.com | 310-201-9150 | |
| Jed Davis Manton | jed@hlmlawfirm.com | 404-961-7650 | |
| Carin L Marcussen | | 405-235-1560 | Federaman |
| Gary Edward Mason | gmason@wbmllp.com | 202-429-2290 | |
| Dennis A Mastando | tony@mastandoartrip.com | 256-532-2222 | |
| Kristi Stahnke McGregor | kristi@ewlawllc.com | 404-205-8400 | |
| Douglas McNamara | dmcnamara@cohenmilstein.com | 202-408-4600 | |
| Madeline Elizabeth McNeeley | molly@hlmlawfirm.com | 404-961-7650 | |
| Shannon Marie McNulty | smm@cliffordlaw.com | 312-899-9090 | |
| Andrew Melzer | amelzer@sanfordheisler.com | 646-402-5650 | |
| Javier Luis Merino | jmerino@dannlaw.com | 201-355-3440 | |
| Vess Allen Miller | vmiller@chenandmalad.com | 317-636-6481 | |
| Mark Cotton Molumphy | mmolumphy@cpmlegal.com | 650-697-6000 | |
| Bradley Jerome Moore | brad@stritmatter.com | 206-448-1777 | |
| J Austin Moore | | 816-714-7100 | Stueve Sieg |
| Richard John Morin | rick@rickmorin.net | 916-333-2222 | |
| Daniel Ellis Morris | danielmorris@themorrislawfirmofmississ | 888-966-7747 | |
| William H Murphy Jr | billy.murphy@murphyfalcon.com | 410-951-8744 | |
| William H Murphy III | joann.autry@murphyfalcon.com | 410-951-8744 | |
| Diane M Nast | dnast@nastlaw.com | 215-923-9300 | |
| Phyllis A Norman | phyllis_@ngkclaw.com | 816-895-8985 | |
| William J Novak | william@novak-law.com | 216-781-8700 | |
| Thomas Joseph O'Reardon II | toreardon@bholaw.com | 619-338-1100 | |
| Nicholas F Ortiz | nfo@mass-legal.com | 617-338-9400 | |
| Jeffrey M. Ostrow | ostrow@kolawyers.com | 305-529-8858 | |
| Mark A Ozzello | mark@ozzellolaw.com | 844-774-2020 | |
| Page Anthony Pate | page@pagepate.com | 404-223-3310 | |
| Sean N Payne | seanpayne@spaynelaw.com | 702-952-2733 | |
| Natalie S Pang | np@kbklawyers.com | 213-217-5000 | |
| Annabelle Lee Patterson | ab@apattersonlaw.com | 501-701-0027 | |
| Rusty A Payton | payton@dannlaw.com | 312-702-1000 | |
| Melanie Rae Persinger | melanie@jackfitzgeraldlaw.com | 619-692-3840 | |
| Ralph K Phalen | phalenlaw@yahoo.com | 816-589-0753 | |
| James Pizzirusso | jpizzirusso@hausfeld.com | 202-540-7200 | |
| Wesley K Polischuk | wpolischuk@robinsonfirm.com | 949-720-1288 | |
| Janine L Pollack | jpollack@milberg.com | 212-545-4600 | |
| Adam E Polk | aep@girardgibbs.com | 415-981-4800 | |
| Neal Kirkland Pope | kirkpope@pmkm.com | 404-523-7706 | |

| | | | |
|---|---|---|---|
| Matthew J Preusch | mpreusch@kellerrohrback.com | 805-456-1496 | |
| Daniel Robinson | drobinson@robinsonfirm.com | 949-720-1288 | |
| John J Roddy | jroddy@baileyglasser.com | 617-439-6730 | |
| Kevin Peter Roddy | kroddy@wilentz.com | 732-855-6402 | |
| Laura Kirstine Rogers | krogers@stecklerlaw.com | 972-387-4040 | |
| Geoffrey R Romero | geoff_26@hotmail.com | 505-247-3338 | |
| Evan Taylor Rosemore | evan@southernmedlaw.com | 205-547-5525 | |
| James B Rosenthal | jbr@crklaw.com | 216-815-9500 | |
| Richard P Rouco | rrouco@qcwdr.com | 205-870-9989 | |
| Samuel H Rudman | srudman@rgrdlaw.com | 631-367-7100 | |
| Kevin F Ruf | kruf@glancylaw.com | 310-201-9150 | |
| Timothy Paul Rumberger | tim@rumbergerlaw.com | 510-841-5500 | |
| Elizabeth A. Ryan | eryan@baileyglasser.com | 617-439-6730 | |
| Andrew B. Sacks | asacks@sackslaw.com | 215-925-8220 | |
| Jennifer Sarnelli | jsarnelli@gardylaw.com | 201-567-7377 | |
| Ronen Sarraf | ronen@sarrafgentile.com | 516-699-8890 | |
| Charles E Schaffer | cschaffer@lfsblaw.com | 215-592-1500 | |
| Joseph G. Suader | | 610-200-0580 | McCune W |
| Christopher A Seeger | cseeger@seegerweiss.com | 973-639-9100 | |
| Kevin Sharp | ksharp@sanfordheisler.com | 615-434-7001 | |
| Amber Griffin Shaw | ashaw@lawjhg.com | 901-476-7100 | |
| Richard E Shevitz | rshevitz@cohenandmalad.com | 317-636-6481 | |
| Norman E Siegel | siegel@stuevesiegel.com | 816-714-7100 | |
| Michael W Sobol | msobol@lchb.com | 415-956-1000 | |
| John Soumilas | jsoumilas@consumerlawfirm.com | 215-735-8600 | |
| Mark R. Staun | mstaun@hartleylawgrp.com | 304-233-0777 | |
| Bruce William Steckler | bruce@stecklerlaw.com | 972-387-4040 | |
| Jonathan M Streisfeld | streisfeld@kolawyers.com | 305-529-8858 | |
| Rodney K Strong | rodney@gspclaw.com | 404-584-9777 | |
| Alexandra P Summer | asummer@cpmlegal.com | 650-697-6000 | |
| Steven W. Teppler | steppler@abbottlawpa.com | 904-292-1111 | |
| David H Thompson | dthompson@cooperkirk.com | 202-220-9600 | |
| Lynn A Toops | ltoops@cohenandmalad.com | 317-636-6481 | |
| Philip A Tortoreti | ptortoreti@wilentz.com | 732-636-8000 | |
| James Cameron Tribble | ctribble@barneslawgroup.com | 770-227-6375 | |
| Barrett J Vahle | vahle@stuevesiegel.com | 816-714-7100 | |
| Richard J Valladares | valladaresr@gtlaw.com | 678-553-2100 | |
| Jasper D Ward IV | jasper@jonesward.com | 502-882-6000 | |
| Samuel M Ward | sward@barrack.com | 619-230-0080 | |
| Daniel L Warshaw | dwarshaw@pswlaw.com | 818-788-8300 | |
| Joshua H Watson | joshua@justice4you.com | 916-924-3100 | |
| Edward Adam Webb | Adam@WebbLLC.com | 770-444-0773 | |
| Joshua D Wells | jdw@federmanlaw.com | 405-235-1560 | |
| Nolan J Weltchek | nweltchek@wmwlawfirm.com | 410-825-5287 | |
| Robert J Weltchek | rweltchek@wmwlawfirm.com | 410-825-5287 | |
| John K Weston | jweston@sackslaw.com | 215-925-8220 | |
| Austin Brock Whitten | Austinw@pittmandutton.com | 205-322-8880 | |

| | | |
|---|---|---|
| Scott D Wilson | swilson@robinsonfirm.com | 949-720-1288 |
| Joshua D Wolson | jwolson@dilworthlaw.com | 215-575-7295 |
| David James Worley | david@ewlawllc.com | 404-205-8400 |
| John A Yanchunis | jyanchunis@forthepeople.com | 813-223-5505 |
| Jason L Yearout | jyearout@yearout.net | 205-414-8160 |
| Paul Alphonsus Zebrowski | paul@zebrowskilaw.com | 586-566-7266 |
| Helen Irene Zeldes | helen@coastlaw.com | 760-942-8505 |
| Amy Marie Zeman | amz@classlawgroup.com | 510-350-9700 |
| Thomas A Zimmerman Jr | tom@attorneyzim.com | 312-440-0020 |

| | | |
|---|---|---|
| Elizabeth Dees Adler | eadler@kslaw.com | 404-572-3555 |
| Bradley T Austin | baustin@swlaw.com | 702-784-5200 |
| David L Balser | dbalser@kslaw.com | 404-572-4600 |
| Jordan S Bolton | jbolton@clarkhill.com | 313-965-8300 |
| Patrick Gerard Byrne | pbyrne@swlaw.com | 702-784-5201 |
| Jayna Morse Cacioppo | jcacioppo@taftlaw.com | 317-713-3582 |
| Timothy Francis Campbell | tfc@meehoge.com | 405-848-9100 |
| Kevin Michael Clark | kclark@kslaw.com | 713-276-7334 |
| Jeffrey M Edelson | JeffEdelson@MarkowitzHerbold.com | 503-295-3085 |
| Scott B Galla | sgalla@clarkhill.com | 215-640-8512 |
| Sidney Stewart Haskins II | shaskins@kslaw.com | 404-572-4600 |
| Emil Hirsch | ehirsch@polsinelli.com | 202-783-3300 |
| Arthur F Hoge III | afhoge@meehoge.com | 405-848-9100 |
| Peter Joseph Isajiw | pisajiw@kslaw.com | 212-556-2235 |
| Jade R Lambert | jlambert@kslaw.com | 312-995-6333 |
| John R Lawless Jr. | jlawless@kslaw.com | 213-443-4355 |
| Zachary A McEntyre | zmcentyre@kslaw.com | 404-572-4600 |
| Joann Needleman | jneedleman@clarkhill.com | 215-640-8536 |
| Michael Lawrence Oliverio | patenlaw@aol.com | 617-697-8000 |
| Stewart O Peay | speay@swlaw.com | 801-257-1900 |
| Kirkland E Reid | kreid@joneswalker.com | 251-432-1414 |
| Vincent M Roskovensky | vroskovensky@clarkhill.com | 412-394-7716 |
| Roger D. Rowe | rrowe@laxvaughan.com | 501-376-6565 |
| Russell S Sayre | sayre@taftlaw.com | 513-357-9304 |
| Ralph Downing Scott, III | tscott@laxvaughan.com | 501-376-6565 |
| Brian C Spahn | bspahn@gklaw.com | 414-273-3500 |
| Andrew Mark Stakelum | astakelum@kslaw.com | 713-276-7341 |
| Phyllis Buchen Sumner | psumner@kslaw.com | 404-572-4799 |
| John C Toro | jtoro@kslaw.com | 404-572-4600 |
| David H Wallace | dwallace@taftlaw.com | 216-241-2838 |
| Joseph Richard Wetzel | jwetzel@kslaw.com | 415-318-1200 |
| John M Williams | williams@rwktlaw.com | 859-245-1059 |
| Patricia Williams | pwilliams@wwwlaw.com | 505-764-8400 |
| Guillermo Gabriel Zorogastua | gzorogastua@polsinelli.com | 816-374-0537 |